# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.   1:20-CV-034 |
| | § | |
| 0.9933 ACRES OF LAND, MORE OR LESS, SITUATE IN CAMERON COUNTY, STATE OF TEXAS; AND THE ESTATE OF MARIA E. COY, et al | § § § § § | |
| | § | |
| *Defendants.* | § | |

## STATUS UPDATE

The United States of America ("United States") files this Status Update to inform the Court regarding the status of this case:

## BACKGROUND

1. On March 9, 2020, the United States filed its Declaration of Taking ("Declaration") and a Complaint in Condemnation ("Complaint") in this cause for the taking of certain interest in real property identified as Tracts No. RGV-HRL-T5027E-1 and RGV-HRL-T5027E-2 which interest and property are more particularly described in Schedules "C," "D" and "E" of the Declaration and Complaint (Docket No. 2 and Docket No. 1).

2. On March 9, 2020, the United States filed its Amended Declaration of Taking ("Declaration") and Amended Complaint in Condemnation ("Complaint") in this cause for the taking of certain interest in real property identified as Tracts No. RGV-HRL-T5027E-1 and RGV-HRL-T5027E-2 which interest and property are more particularly described in Schedules "C," "D" and "E" of the Declaration and Complaint (Docket No. 4 and Docket No. 5).

3. On March 12, 2020, the United States deposited $290 into the Registry of the Court as estimated just compensation.

**UPDATE**

4. The United States has continued to reach out to landowners and potential interested parties to negotiate an agreement regarding just compensation.

5. The United States has been able to reach an agreement regarding just compensation with 24 landowners or potential interested parties.

6. Negotiations between the United States and the four (4) remaining landowners or potential interested parties regarding just compensation are still ongoing.

7. The United States has been able to obtain 23 Waivers of Judicial Process from landowners or potential interested parties.

8. The United States will continue trying to obtain Waivers of Judicial Process or serve the five (5) remaining landowners or potential interested parties.

9. Please *See* chart below for additional details:

| FIRST NAME / BUSINESS | LAST NAME | Returned Mail | Agreement Letter Mailed | Signed Agreement Letter Recd | Signed Waiver Recd |
|---|---|---|---|---|---|
| Lisa Ann | Cowan | | 4/16/2020 | 4/16/2020 | 4/7/2020 |
| Robert Lee | Cowan | | 3/30/2020 | 4/21/2020 | 4/21/2020 |
| Paulino Santos | Coy, III | | 3/30/2020 | 4/16/2020 | 5/9/2020 |
| Ricardo A. | Coy | | 3/30/2020 | | |
| Raul | Coy | | 3/30/2020　4/14/2020 (Christina) | 5/5/2020 | 5/5/2020 |
| Carlos | Coy | | 3/30/2020 | 4/10/2020 | 4/10/2020 |
| Emilio | Coy, Jr. | | 3/30/2020 | 4/11/2020 | 4/11/2020 |

| | | | | | |
|---|---|---|---|---|---|
| Maria Rita Coy | De La Fuente | | 3/30/2020 | 4/10/2020 | 4/10/2020 |
| Elma A Coy | Foster | | 3/30/2020 4/14/2020 (Sharon) | | |
| Argentina G. | Garcia | | 3/30/2020 | 4/20/2020 | 4/20/2020 |
| Alejandro Valdemar | Gomez | | 3/30/2020 5/13/2020 6/1/2020 | | |
| Alvaro N. | Gomez | | 3/30/2020 | 4/7/2020 | 4/7/2020 |
| Eliberto | Gomez | | 3/30/2020 | 4/16/2020 | 4/16/2020 |
| Maria Teresa | Gomez | | 3/30/2020 | 4/28/2020 | 4/28/2020 |
| James Frank | Gomez | | 3/30/2020 | 4/28/2020 | 4/28/2020 |
| Melissa Annette | Gomez | | 3/30/2020 | 4/9/2020 | 4/9/2020 |
| Bettina Yvette | Gomez | | 3/30/2020 | 4/10/2020 | 4/10/2020 |
| Alfonso Esteban | Gomez, Jr. | | 3/30/2020 | 5/21/2020 | |
| Patricia (Administrator of the Estate of John Guzman) | Guzman | | 3/30/2020 | 4/28/2020 | 4/28/2020 |
| Amelia Coy | Howland | | 3/30/2020 | 4/28/2020 | 4/28/2020 |
| Nora Argentina | Hunter | | 3/30/2020 | | |
| Carlota Coy | Leal | | 3/30/2020 | 4/9/2020 | 4/9/2020 |
| Olivia E. | McDonald | | 3/30/2020 | 4/8/2020 | 4/8/2020 |
| Rosanna G. | Oliver | | 3/30/2020 | 4/23/2020 | 4/23/2020 |
| America L Coy **DECEASED** | Pipes | 4/14/2020 | 3/30/2020 | | |
| Mary Jane | Pipes | | 3/30/2020 | 5/29/2020 | 5/29/2020 |
| Dorothy Elizabeth Pipes | Schneider | | 3/30/2020 | 5/15/2020 | 5/15/2020 |
| Maria Y Coy | Taylor | | 3/30/2020 | 4/16/2020 | 4/16/2020 |
| Alma Elizabeth Gomez | Villarreal | | 3/30/2020 | 4/13/2020 | 4/13/2020 |

Respectfully submitted,

**RYAN K. PATRICK**

United States Attorney
Southern District of Texas

By:  *s/Manuel Muniz Lorenzi*
**MANUEL MUNIZ LORENZI**
Assistant United States Attorney
Southern District of Texas No. 3381592
Puerto Rico Bar No. 21246
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone:  (956) 992-9435
Facsimile:   (956) 618-8016
E-mail:  Manuel.Muniz.Lorenzi@usdoj.gov

### Certificate of Service

I hereby certify that the foregoing document was filed on June 8, 2020, and that a true and correct copy of the foregoing document will be mailed via U.S. Regular mail to all the interested parties for whom the United States has contact information.

By:  *s/Manuel Muniz Lorenzi*
**MANUEL MUNIZ LORENZI**
Assistant United States Attorney